COLLIER *v.* THE STATE.

LAMAR, J.   There was no complaint of any ruling or charge; the corpus de-
licti was established; the evidence, while conflicting, was sufficient to war-
rant the verdict; and the same having been approved by the trial judge, this
court will not interfere with his discretion in refusing a new trial.

*Judgment affirmed.   All the Justices concur.*

Submitted April 22,— Decided May 10, 1904.

Indictment for larceny from the house.   Before Judge Crisp.
City court of Americus.   February 1, 1904.

*W. M. Harper* and *J. A. Hixon,* for plaintiff in error.
*J. A. Ansley Jr., solicitor,* contra.